UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIBANK, N.A., LONDON BRANCH, in its capacity as Indenture Trustee for the €290 million 11.75% Senior Secured Notes Due 2019,<br><br>Plaintiff,<br><br>v.<br><br>NORSKE SKOGINDUSTRIER ASA, NORSKE SKOG AS, NORSKE SKOG GOLBEY SAS, NORSKE SKOG SAUGBRUGS AS, and NORSKE SKOG SKOGN AS,<br><br>Defendants. | 16 Civ. 850 (RJS) |

## **FEDERAL RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL**

Plaintiff Citibank, N.A., London Branch, solely in its capacity as Indenture Trustee for the €290 million principal amount of 11.75% Senior Secured Notes Due 2019 (the "SSNs") and as directed by the majority holders of the SSNs, hereby voluntarily dismisses its Amended Complaint for Declaratory and Injunctive Relief [ECF No. 60], without prejudice, against Defendants Norske Skogindustrier ASA, Norske Skog AS, Norske Skog Golbey SAS, Norske Skog Saugbrugs AS, and Norske Skog Skogn AS.

Dated: May 12, 2016
      New York, New York

           Respectfully submitted,

           DRINKER BIDDLE & REATH LLP

           By:   */s/* Clay J. Pierce
                James H. Millar
                Clay J. Pierce

           1177 Avenue of the Americas
           41st Floor
           New York, NY  10036
           Tel:  (212) 248-3140
           Fax:  (212) 248-3141

           -and-

           Richard E. Coe
           (*admitted pro hac vice*)
           Katie B. Garayoa
           (*admitted pro hac vice*)
           One Logan Square, Suite 2000
           Philadelphia, PA 19103
           Tel:  (215) 988-2700
           Fax:  (215) 988-2757

           *Attorneys for Plaintiff Citibank, N.A., London Branch*

## CERTIFICATE OF SERVICE

I, Clay J. Pierce, hereby certify and declare that on May 12, 2016, I caused a true and correct copy of the foregoing Federal Rule 41(a)(1)(A)(i) Notice of Dismissal to be served via ECF upon the following:

James R. Warnot, Jr.
Patrick Ashby
Kate Z. Machan
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105

*Counsel for Norske Skogindustrier ASA,
Norske Skog AS, Norske Skog Golbey SAS,
Norske Skog Saugbrugs AS, and
Norske Skog Skogn AS*

*/s/* Clay J. Pierce
Clay J. Pierce